McKubbin v. O'Brien                                                                                           Doc. 3

```
                       IN THE UNITED STATES DISTRICT COURT
                      FOR THE WESTERN DISTRICT OF VIRGINIA
                                ROANOKE DIVISION
```

| | | |
|---|---|---|
| JACKIE MCKUBBIN, | ) | |
|     Petitioner, | ) | Civil Action No. 7:06-cv-00118 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, WARDEN, | ) | By: Hon. James C. Turk |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED,** and the action is hereby stricken from the active docket of the court.

ENTER: This 3rd day of March, 2006.

/s/ James C. Turk
Senior United States District Judge

Dockets.Justia.com