CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 03 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JACKIE MCKUBBIN,<br>Petitioner, | )<br>)  Civil Action No. 7:06-cv-00118<br>) |
| v. | )  **FINAL ORDER**<br>) |
| TERRY O'BRIEN, WARDEN,<br>Respondent. | )  By: Hon. James C. Turk<br>)  Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED**, and the action is hereby stricken from the active docket of the court.

ENTER: This 3rd day of March, 2006.

/s/ James C. Turk
Senior United States District Judge